MARCH TERM, 1916.

## MILLING v. THE STATE.

HILL, J. It appears from the record in this case that the judgment over-
ruling the motion for a new trial was rendered· on December 30, 1915,
and that the bill of exceptions, as originally prepared, recited that it
was tendered "within the time provided by law." The trial judge cer-
tifies that the words just quoted were stricken by him, and the words
"on January 20, 1916," inserted in lieu thereof, and that the bill was
tendered to him on that date. *Held*, that since it affirmatively appears
that the bill of exceptions was not tendered to the trial judge within
the twenty days allowed by law in criminal cases, it must be dismissed.
*Broom* v. *State*, 99 *Ga.* 197 (24 S. E. 846); *Evans* v. *State*, 112 *Ga.*
763 (38 S. E. 78); *Harris* v. *State*, 117 *Ga.* 13 (43 S. E. 419); *Glaw-
son* v. *State*, 140 *Ga.* 14 (78 S. E. 188).

*Writ of error dismissed. All the Justices concur.*

APRIL 11, 1916.

Indictment for murder; from Meriwether. Motion to dismiss.
*N. F. Culpepper* and *McLaughlin & Jones,* for plaintiff in error.
*Clifford Walker, attorney-general, J. R. Terrell, solicitor-gen-
eral,* and *Mark Bolding,* contra.